## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MICHAEL D. NELSON (#053923)                    CIVIL ACTION

VERSUS

PARISH OF WEST BATON ROUGE,              NO. 24-00654-BAJ-EWD
ET AL.

### RULING AND ORDER

On June 28, 2024, Plaintiff, a person formerly confined at the West Baton Rouge Parish Prison, filed this action under 42 U.S.C. § 1983. (Doc. 1). Plaintiff is proceeding *pro se*. The Magistrate Judge issued a **Report And Recommendation (Doc. 16, the "Report")** recommending that the Court dismiss Plaintiff's federal claims with prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § § 1915(e) and 1915A. The Report also recommends that the Court decline to exercise supplemental jurisdiction over potential state law claims and that the case be closed. The Court sent the Report to Plaintiff's address of record on March 31, 2026. (Doc. 16). On April 7, 2026, the Report was returned as undeliverable, with a notation of "RETURN TO SENDER – NOT HERE." (Doc. 18).

Under Local Rule 41(b)(4), the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court due to an incorrect address and no correction is made for a period of thirty days. Here, more than thirty

days have passed since the Report was returned undeliverable, and Plaintiff has not updated his address. As a practical matter, the case cannot proceed without an address where the Plaintiff may be reached and where he may receive pertinent pleadings, notices, and rulings.

Moreover, the Court has carefully considered Plaintiff's Complaint, the Report, and the entirety of the record before the Court, and **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana, this 1ST day of June, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2